Hyman Eisenberg, Respondent, v. Harry Lustgarten and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of Elbert S. Boughton, an Attorney.— Cross-interrogatories must be filed by November 22, 1918. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of the Royal Trust Company, Appellant, for Its Appointment as Committee of Bridget Bois, an Incompetent Person. Charles O'Sullivan, Special Guardian for Bridget Bois, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

The People of the State of New York ex rel. The City of New York, Appellant, v. The Public Service Commission of the State of New York for the First District and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Clifford L. Miller and Another, Copartners, etc., Appellants, v. Semet-Solvay Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Louis Stettauer, Respondent, v. Jacob Newman, Individually and as Surviving Partner, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Wheat Export Company, Inc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Laughlin, Dowling, Smith and Shearn, JJ.

Harby Steamship Company, Inc., Appellant, v. Erie Railroad Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

Andrew M. Dupay, Respondent, v. Frank J Galbina, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

George R. Hamilton, Appellant, Respondent, v. Harvey A. Willis and Another, Respondents, Appellants.— So far as appealed from by plaintiff, order affirmed, with ten dollars costs and disbursements; so far as appealed from by defendants, order modified so as to give the defendants the costs of the reference and stenographer's fees absolutely, and as so modified affirmed. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.